**Andrea B. GALE, an individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust, Plaintiff–Appellant,**

v.

**CITIMORTGAGE, INC.; et al., Defendants–Appellees.**

No. 13–15125.

United States Court of Appeals, Ninth Circuit.

Submitted June 17, 2013.*

Filed June 19, 2013.

Robert J. Flummerfelt, Esquire, Canon Law Services, LLC, Las Vegas, NV, for Plaintiff–Appellant.

Christopher Turtzo, Wolfe & Wyman LLP, Christine Parvan, Akerman Senterfitt LLP, Kristin Schuler–Hintz, McCarthy & Holthus, LLP, Chelsea A. Crowton, Wright Finlay & Zak, LLP, Las Vegas, NV, for Defendants–Appellees.

Before: HAWKINS, GOULD, and WATFORD, Circuit Judges.

MEMORANDUM **

Andrea Gale appeals the district court's denial of her request for preliminary injunctive relief against Citimortgage, Inc. and other mortgage entities. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude that the district court did not abuse its discretion. *Winter v. Natural Resources Defense Council,* 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l,* 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review).

**AFFIRMED.**